NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VICTOR ROSS,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7025

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-963, Judge Alan G. Lance, Sr.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the appellant's motion for a 60-day extension of time, until March 15, 2011, to obtain counsel, and to file a brief,

IT IS ORDERED THAT:

The motion is granted. The appellant's brief is due March 15, 2011. No further extensions should be anticipated.

FOR THE COURT

__DEC 2 0 2010__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Victor Ross
     Renee Gerber, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 0 2010

JAN HORBALY
CLERK